

COLBY SLUSHER
BELL COUNTY CIRCUIT COURT C
BELL CIRCUIT & DISTRICT CO
FARMER HELTON JUDICIAL CE
101 WEST PARK AVENUE, P.O
PINEVILLE, KENTUCKY 40977

CERTIFIED MAIL

7016 0910 0001 8057 4801

U.S. POSTAGE » PITNEY BOWES

ZIP 40977 $ 006.88⁰
02 4W
0000340186 DEC 04 2018

CI 18-CI-00413
644307

CT CORPORATION SYSTEM
306 W. MAIN STREET
SUITE 512
FRANKFORT KY 40601

4060131840 C003

Colby Slusher, Bell Circuit Clerk
101 Park Avenue
Pineville, KY 40977-0307

CT CORPORATION SYSTEM
306 W. MAIN STREET
SUITE 512
FRANKFORT, KY 40601



## KCOJ eFiling Cover Sheet

Case Number: 18-CI-00413

Envelope Number: 1344824

Package Retrieval Number: 13448249826871@00000079212

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 11.98

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice   Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **18-CI-00413**<br>Court: **CIRCUIT**<br>County: **BELL** |

Plantiff, JERRY WOOLUM, M.D., P.S.C. VS. AMERICORE HEALTH, LLC, ET AL, Defendant

**TO:  CT CORPORATION SYSTEM**
       **306 W. MAIN STREET**
       **SUITE 512**
       **FRANKFORT, KY 40601**

Memo: Related party is PINEVILLE MEDICAL CENTER, LLC

The Commonwealth of Kentucky to Defendant:
**PINEVILLE MEDICAL CENTER, LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Colby Slusher, Bell Circuit
Clerk
Date: 12/4/2018

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

Served By _____

Title _____

---

Summons ID: 1344824982687I@00000079212
CIRCUIT: 18-CI-00413 Certified Mail
JERRY WOOLUM, M.D., P.S.C. VS. AMERICORE HEALTH, LLC, ET AL

Page 1 of 1

eFiled

COMMONWEALTH OF KENTUCKY
BELL CIRCUIT COURT
44TH JUDICIAL CIRCUIT
CIVIL ACTION NO. 18-CI-__413__

JERRY WOOLUM, M.D., P.S.C.            PLAINTIFF

v.

AMERICORE HEALTH, LLC

    Serve via Certified Mail:
    CT Corporation System
    306 W. Main Street
    Suite 512
    Frankfort, Kentucky 40601

PINEVILLE COMMUNITY HOSPITAL ASSOCIATION, INC.

    Serve via Certified Mail:
    Charles M. Bishop
    850 Riverview Avenue
    Pineville, Kentucky 40977

PINEVILLE MEDICAL CENTER, LLC
d/b/a SOUTHEASTERN KENTUCKY MEDICAL CENTER     DEFENDANTS

    Serve via Certified Mail:
    CT Corporation System
    306 W. Main Street
    Suite 512
    Frankfort, Kentucky 40601

**COMPLAINT**
*** *ELECTRONICALLY FILED* ***

The Plaintiff, Jerry Woolum M.D., P.S.C, by counsel, for its Complaint states and alleges as follows:

### PARTIES & JURISDICITON

1.     The Plaintiff, Jerry Woolum M.D., P.S.C. (hereafter "Woolum"), is a Kentucky Professional Service Corporation having a principal address of 121 Virginia Avenue Pineville, Kentucky 40977.

2. The Defendant, Americore Health, LLC, ("Americore") is a Delaware Limited Liability Company whose registered agent for service of process is CT Corporation System 306 W. Main Street Suite 512 Frankfort, Kentucky 40601 and whose principal office address is 501 SE 2nd Street #901 Fort Lauderdale, Florida 33301.

3. The Defendant, Pineville Community Hospital Association, Inc. (hereafter "PCH"), is a Kentucky Corporation organized and existing under the laws of the Commonwealth and whose registered agent for service of process is Charles M. Bishop, 850 Riverview Avenue Pineville, Kentucky 40977 and whose principal office address is 850 Riverview Avenue Pineville, Kentucky 40977.

4. The Defendant, Pineville Medical Center, LLC d/b/a Southeastern Kentucky Medical Center ("Southeastern Kentucky Medical Center") is a Delaware Limited Liability Company whose registered agent for service of process is CT Corporation System 306 W. Main Street Suite 512 Frankfort, Kentucky 40601 and whose principal office address is 501 SE 2nd Street #901 Fort Lauderdale, Florida 33301.

5. Jurisdiction and venue is proper in Bell County as said County is where the contract was entered into and where the acts complained of occurred.

6. Furthermore, the amount in controversy exceeds the minimum jurisdictional limits of this Court.

## FACTS

7. That on July 6, 2015, the Plaintiff entered into a Professional Services Agreement ("Agreement") with Defendant PCH whereby Woolum was to be employed by PCH for an annual salary of approximately

$300,000.00, Work RVU bonuses, quality incentive bonuses, and expense allowances for continuing education, license fees, vacation time, holidays, health insurance, life insurance, and other benefits.

8. That Defendant PCH has failed to pay Woolum for services rendered on behalf of and for the benefit of PCH pursuant to said agreement and is currently in default in excess of $140,000.00.

9. Upon information and belief, sometime after entering into the agreement with Defendant PCH, Defendant Americore assumed management, operations, and duties of the PCH hospital facility. That during this period, Defendant Americore failed to make payments to Plaintiff for services rendered on behalf and for the benefit of Defendant Americore.

10. Upon information and belief, sometime after entering into the agreement with Defendant PCH, Defendant Southeastern Kentucky Medical Center assumed management, operations, and duties of the PCH hospital facility. That during this period, Defendant Southeastern Kentucky Medical Center failed to make payments to Plaintiff for services rendered on behalf of and for the benefit of the Defendant Southeastern Kentucky Medical Center.

## COUNT I
## Breach of Contract

11. Woolum reiterates and incorporates paragraphs 1-10 as if fully set forth herein.

12. That as set forth above, the Defendants breached the Parties' contract by failing to pay Woolum.

13. That the Defendants, by their actions, have breached their implied covenant of good faith and fair dealing.

14. That the Defendants have violated their common law duty of

good faith by its treatment of Woolum's claim and has breached the covenants of good faith and fair dealing, rendering Defendants liable in contract and in tort for all damages flowing from said breach.

## COUNT II
### Trespass to Chattels

15. Woolum reiterates and incorporates paragraphs 1-14 as if fully set forth herein.

16. That in failing to pay Woolum for services rendered the Defendants have intentionally and/or recklessly intermeddled with the personal property of Woolum.

17. Woolum is entitled to recover punitive damages in that Defendants have acted towards him with reckless disregard, fraud, and oppression.

18. Woolum is entitled to punitive damages in an amount in excess of the jurisdictional limits of this Court as determined by this Court or by a jury.

## COUNT III
### Conversion

19. Plaintiff reiterates and incorporates paragraphs 1-18 as if fully set forth herein.

20. That by failing to pay Woolum for services rendered the Defendants have intentionally exercised dominion and/or control over the property of Woolum thereby causing Woolum to suffer damage.

21. Woolum is entitled to recover punitive damages in that Defendants have acted towards him with reckless disregard, gross negligence, fraud, and oppression.

22. Woolum is entitled to punitive damages in an amount in excess

of the jurisdictional limits of this Court as determined by this Court or by a jury.

### COUNT IV
### VIOLATIONS OF
### KRS 337

23. Plaintiff reiterates and incorporates paragraphs 1-18 as if fully set forth herein.

24. That by failing to pay Woolum for services rendered the Defendants have intentionally violated the provisions of KRS 337 thereby causing Woolum to suffer damage.

25. Woolum is entitled to all damages flowing from said violations including but not limited to his reasonable attorneys fees.

**WHEREFORE**, Plaintiff demands as follows:

1. Judgment pursuant to the Complaint in an amount the jury would find reasonable from the evidence and in excess of the jurisdictional limits of this Court;

2. Compensatory damages;

3. For pre and post judgment interest;

4. Punitive damages;

5. For trial by jury;

6. For costs and attorneys fees;

7. For all other relief to which the Plaintiff may be entitled.

Respectfully Submitted,

/s/Chris Douglas
Christopher F. Douglas
Douglas Law Office, PLLC
P.O. Box 158
Pineville, Kentucky 40977
606.337.3330
606.337.3341
chris@chrisdouglaslaw.com

COMMONWEALTH OF KENTUCKY
BELL CIRCUIT COURT
44TH JUDICIAL CIRCUIT
CIVIL ACTION NO. 18-CI-00413

JERRY WOOLUM, M.D., P.S.C.                                    PLAINTIFF

v.

AMERICORE HEALTH, LLC

PINEVILLE COMMUNITY HOSPITAL ASSOCIATION, INC.

PINEVILLE MEDICAL CENTER, LLC
d/b/a SOUTHEASTERN KENTUCKY MEDICAL CENTER          DEFENDANTS

## NOTICE OF BANKRUPTCY

***ELECTRONICALLY FILED***

The undersigned has learned and notice is hereby given that on the 29th day of November 2018, a Chapter 7 Bankruptcy proceeding was filed for the Defendant, Pineville Community Hospital Association, Inc., in the United States Bankruptcy Court for the Eastern District of Kentucky, London Division, being case number 18-61486.

Given this filing, the Plaintiff can no longer pursue this action against Defendant, Pineville Community Hospital Association, Inc., pursuant to the automatic stay entered in the Bankruptcy Case.  Thus, Plaintiff seeks no action against Defendant, Pineville Community Hospital Association, Inc. and has no objection to said Defendant being dismissed as a Party.

Respectfully Submitted,

_/s/Christopher F. Douglas_
CHRISTOPHER F. DOUGLAS
Douglas Law Office, PLLC
P.O. Box 158

Pineville, Kentucky 40977
Attorney for Plaintiff

### CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy of the foregoing was served by electronically via the KY Courts efiling system and/or mailing same, postage pre-paid to the following on this __16th__ day of __January__ 2019:

ORIGINAL:

Bell Circuit Court
P.O. Box 307
Pineville, Kentucky 40977

COPIES:

Pineville Community Hospital
133 Woodland Trial
Pineville, Kentucky 40977


___/Christopher F. Douglas_____
CHRISTOPHER F. DOUGLAS

COMMONWEALTH OF KENTUCKY
BELL CIRCUIT COURT
44TH JUDICIAL CIRCUIT
CIVIL ACTION NO. 18-CI-00413

*Electronically Filed*

JERRY WOOLUM, M.D., P.S.C.                                                                       PLAINTIFF

v.

ANSWER AND MOTION TO DISMISS OF
AMERICORE HEALTH, LLC AND
PINEVILLE MEDICAL CENTER, LLC d/b/a
SOUTHEASTERN KENTUCKY MEDICAL CENTER

AMERICORE HEALTH, LLC, PINEVILLE
COMMUNITY HOSPITAL ASSOCIATION, INC.
and PINEVILLE MEDICAL CENTER, LLC d/b/a
SOUTHEASTERN KENTUCKY MEDICAL CENTER                         DEFENDANTS

\*   \*   \*   \*

## MOTION TO DISMISS

Come the Defendants, Americore Health, LLC and Pineville Medical Center, LLC d/b/a Southeastern Kentucky Medical Center, by counsel, and move the Court pursuant to CR 12.02 to dismiss the Complaint for failure to state a claim as to these Defendants upon which relief can be granted. For grounds it is stated that the claims asserted against the Defendants are not brought against the proper party and/or such claims are not available to Plaintiff under the express language of said alleged contract or referenced statutes and/or such claims are not supported by the facts existing or alleged herein. Said motion will be brought on to be heard at a later time after proper notice.

## ANSWER

Come the Defendants, Americore Health, LLC ("Americore") and Pineville Medical Center, LLC d/b/a Southeastern Kentucky Medical Center ("PMC"), by counsel, and for its Answer state as follows:

## FIRST DEFENSE

The Plaintiff's Complaint fails to state a cause of action against the answering Defendants upon which relief can be granted and should, therefore, be dismissed.

## SECOND DEFENSE

Plaintiff's claims are or may be barred by the applicable statute of limitations.

## THIRD DEFENSE

Plaintiff's Complaint fails to join necessary and/or proper parties to the subject contract and claims.

## FOURTH DEFENSE

1. The answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraphs 1, 3, 5, 6, 7, 8 of the Complaint, and therefore, deny same.

2. The answering Defendants admit the allegations of numerical paragraphs 2 and 4 of the Complaint.

3. The answering Defendants deny the allegations in numerical paragraphs 9, 10, 12, 13, 14, 16, 17, 18, 20, 21, 22, 24, and 25 as to these answering Defendants, and are without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other named Defendant.

4. These answering Defendants incorporate herein, by reference, each answer and defense set forth herein in response to the paragraphs reiterated and incorporated in numerical paragraphs 11, 15, 19, and 23 of the Complaint.

5. These answering Defendants affirmatively deny that they are in breach of any contractual or statutory duties or obligations owing to Plaintiff.

6. These answering Defendants deny each and every allegation not specifically admitted herein, and deny that Plaintiff is entitled to the relief requested or any relief against these answering Defendants.

## FIFTH DEFENSE

The Plaintiff's alleged injuries and damages, if any, were the direct and proximate result of their own acts, omissions, fault, and/or breach of duty and/or the independent acts of parties or third persons over whom these answering Defendants exercised no direction or control, requiring the dismissal of the Complaint as against these Defendants.

## SIXTH DEFENSE

The injuries and damages of which Plaintiff complains, if any, resulted from some superseding and/or intervening cause or causes over which these Defendants had no responsibility or control and these Defendants rely upon same as a complete bar to the claims made against them herein.

## SEVENTH DEFENSE

The injuries and damages of which Plaintiff complains, if any, resulted from some pre-existing or subsequent conditions, which were unrelated to any actions of the answering Defendants.

### EIGHTH DEFENSE

The Plaintiff has failed to mitigate damages, if any, and/or has failed to pursue all necessary and/or available remedies, including, but not limited to filing a proof of claim in the bankruptcy filing of the Co-Defendant, Pineville Community Hospital Association, with which Plaintiff alleges that he entered into the subject contract for which he seeks damages.

### NINTH DEFENSE

These answering Defendants rely upon the automatic stay provisions found in 11 U.S.C.A. § 362 of the Bankruptcy Code as a partial and/or complete bar to all claims asserted in the Complaint.

### TENTH DEFENSE

Plaintiff's claims fail as a result of the doctrines of unclean hands, waiver, estoppel, license, statute of frauds and laches.

### ELEVENTH DEFENSE

Plaintiff's claims may be barred, in whole or in part, by his own material breaches, frauds, material misrepresentations, omissions, failure to satisfy conditions precedent, lack of consideration, and/or to properly perform under agreements relevant to his claims.

### TWELFTH DEFENSE

Plaintiff's claims are barred by the doctrines of payment, settlement and/or release.

### THIRTEENTH DEFENSE

Plaintiff's damages, if any, were not proximately caused by any actions or inactions of these answering Defendants.

## FOURTEENTH DEFENSE

Plaintiff's claims for punitive damages are barred in whole or in part by KRS 411.186 and are also barred as a violation of these Defendants' rights guaranteed under the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments of the United States Constitution and the analogous provisions of the Constitution of the Commonwealth of Kentucky.

## FIFTEENTH DEFENSE

These Defendants reserve the right to assert any and all additional affirmative defenses, counterclaims, cross-claims, third-party claims or any other claims as investigation and discovery may prove applicable.

WHEREFORE the Defendants, Americore Health, LLC and Pineville Medical Center, LLC d/b/a Southeastern Kentucky Medical Center, respectfully demand as follows:

1. That Plaintiff's Complaint be dismissed with prejudice;
2. That it recover its costs herein expended;
3. For trial by jury of all triable issues;
4. For any and all other relief to which it may appear entitled.

Respectfully submitted,

/s/ Pamela Adams Chesnut
PAMELA ADAMS CHESNUT
RONALD L. GREEN
GREEN CHESNUT & HUGHES, PLLC
201 East Main Street, Suite 800
Lexington, KY  40507
Tel:  (859) 475-1471
pchesnut@gcandh.com
rgreen@gcandh.com
ATTORNEY FOR DEFENDANTS

AMERICORE HEALTH, LLC AND
PINEVILLE MEDICAL CENTER

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing has been served by electronic mail upon the following on this the 21st day of January, 2019:

Christopher F. Douglas
Douglas Law Office, PLLC
P.O. Box 158
Pineville, Kentucky 40977
chris@chrisdouglaslaw.com
ATTORNEY FOR PLAINTIFF

/s/ Pamela Adams Chesnut
COUNSEL FOR DEFENDANTS
AMERICORE HEALTH, LLC AND
PINEVILLE MEDICAL CENTER